**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ) | |
| SOUTHERN ILLINOIS RIVERBOAT/CASINO ) | Case No. 15-01143 |
| CRUISES, INC. ) | |
| ) | |
| Debtor ) | |

**NOTICE OF PENDING BANKRUPTCY CASE AGAINST**
**CAESARS ENTERTAINMENT OPERATING COMPANY, INC. IN THE**
**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

PLEASE TAKE NOTICE that, pursuant to Rule 1014(b) of the Federal Rules of Bankruptcy Procedures, the undersigned hereby gives notice that an involuntary bankruptcy petition was filed against Caesars Entertainment Operating Company, Inc. on January 12, 2015 in the United States Bankruptcy Court for the District of Delaware (the "First-Filed Case") by Appaloosa Investment Limited Partnership I, OCM Opportunities Fund VI, L.P. and Special Value Expansion Fund, LLC (collectively, the "Petitioning Creditors"). *See In re Caesars Entertainment Operating Company, Inc.*, Case No. 15-10047(KG) (Bankr. D. Del. Jan. 12, 2015).

PLEASE TAKE FURTHER NOTICE that, on January 13, 2015, the Petitioning Creditors filed a Motion to Stay Parallel Proceedings in the First-Filed Case along with an Emergency Motion for an Order Shortening Notice and Scheduling Expedited Hearing on the Motion to Stay Parallel Proceedings.

PLEASE TAKE FURTHER NOTICE that, on January 14, 2015, Judge Kevin Gross of the United States Bankruptcy Court for the District of Delaware issued an order (the "Order") in the First-Filed Case notifying parties that an emergency hearing on the Petitioning Creditors' Motion to Stay Parallel Proceedings would be held in the First-Filed Case once parallel proceedings were actually initiated in the Bankruptcy Court for the Northern

CHI-181953651v1

District of Illinois. A copy of the Order is attached hereto as <u>Exhibit A</u>.

This Notice shall not be deemed or construed to be the Petitioning Creditors' consent to venue in the Northern District of Illinois.[1]

Dated: January 15, 2015
      Chicago, Illinois

/s/ Brad B. Erens
Brad B. Erens (IL Bar No. 6206864)
Joseph M. Tiller (IL Bar No. 6292029)
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

Bruce Bennett
James O. Johnston
Sidney P. Levinson
Joshua M. Mester
Monika S. Wiener
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Attorneys for Appaloosa Investment Limited Partnership I, OCM Opportunities Fund VI, L.P. and Special Value Expansion Fund, LLC

---

[1] Moreover, nothing in this Notice shall be construed to constitute: (i) a waiver or release of the rights of the Petitioning Creditors to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of the Petitioning Creditors to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver or release of any rights the Petitioning Creditors, or any of them, may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the any chapter 11 case against or otherwise involving the Petitioning Creditors; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which the Petitioning Creditors are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved.

CHI-181953651v1

## **EXHIBIT A**

CHI-181953651v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CAESARS ENTERTAINMENT OPERATING COMPANY, | ) ) ) | Case No. 15-10047 (KG) |
| | ) | |
| Alleged Debtor. | ) ) | Re: Dkt No. 18 and 27 |

## ORDER

This matter coming before the Court on the Emergency Motions of Petitioning Creditors for Orders Shortening Notice and Scheduling an Expedited Hearing(s) on (1) Motion to Stay Any Parallel Proceedings (the "Stay Motion") (D.I. 18); and (2) Motion (I) Establishing Venue for the Chapter 11 cases of Caesars Entertainment Operating Company, Inc. and Its Debtor Affiliates in the District of Delaware and (II) Granting Certain Related Relief (the "Venue Motion") (D.I. 27); the Court having reviewed the Emergency Motions;

IT IS HEREBY ORDERED,

1. The Stay Motion is denied without prejudice.

2. The Alleged Debtor has now confirmed that it and 180 related entities will file their Chapter 11 cases in the Northern District of Illinois (the "Illinois Court").

3. The Court will not grant an emergency hearing prior to an actual event, i.e., the Alleged Debtor filing its case in the Illinois Court.

4. Rule 1014(a)(1) of the Federal Rules of Bankruptcy Procedure provides that "the court in the district in which the first-filed petition is pending may determine, in the interest of justice or for the convenience of the parties, the district or districts in which any of the cases should proceed."

Rule 1014(b) further provides that: "The court may order the parties to the later filed cases not to proceed further until it makes the determination." The term "later-filed" clearly means an actual filing. Such a filing has not yet occurred. Rule 1014(b) empowers the Court to "stay" the later filed case and does not contemplate enjoining its filing. Rule 1014, however, makes it clear that the Court can, if appropriate, order the Alleged Debtor not to proceed with a parallel case if doing so is in the "interest of justice or for the convenience of the parties." The Petitioning Creditors, therefore, can obtain the relief they seek if the Court finds in their favor.

5. The Petitioning Creditors may advise the Court at once (regardless of the time of day or night) at which time the Court will schedule a hearing on the Stay Motion on an emergency basis at the earliest opportunity to prevent any possibility of uncertainty or confusion which would result from cases proceeding in multiple jurisdictions.

6. The Venue Motion is premature for the reasons stated herein, and is denied without prejudice.

Dated: January 14, 2015

Kevin Gross, U.S.B.J.

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2015, I electronically filed the foregoing Notice Of Pending Bankruptcy Case Against Caesars Entertainment Operating Company, Inc. In The United States Bankruptcy Court For The District Of Delaware with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

David R Seligman
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60601
312 862-2000 Ext. 2463
Fax : 312 862-2200
Email: dseligman@kirkland.com

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785

/s/ Joseph M. Tiller
Joseph M. Tiller (IL Bar No. 6292029)
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

CHI-181953651v1